83,245-01

To: Clerk, Abel Acosta                                    Date 6-17-2015

Sir, My name is Troy Ray Jennings #1834590
and I was wondering the status of My 11.07 Habeas
Corpus. The Tr. Ct. No. 11,226-B & WR-83,245-01.
I recieved the post card from your court on 5-19-2015
& there was a date of 4/29/2015 on it. I would
Appreciate an up date.

Thank you
Troy Jennings #1834590
Robertson Unit
12071 FM 3522
Abilene, Tx. 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 19 2015
Abel Acosta, Clerk